IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| | : |
| ANDOIN RODQUEZS ROUSE, | : CASE NO. 16-56653-MGD |
| | : |
| Debtor. | : |
| | : |
| | : |
| EXETER FINANCE CORP., | : |
| | : |
| Movant, | : |
| | : |
| v. | : CONTESTED MATTER |
| | : |
| ANDOIN RODQUEZS ROUSE, Debtor; | : |
| and MARY IDA TOWNSON, Trustee, | : |
| | : |
| Respondents. | : |

### OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW Exeter Finance Corp. (the "Movant"), a creditor of the referenced Debtor, and hereby moves this Court to deny confirmation of Debtor's Chapter 13 Plan. In support of its objection, the Movant shows the Court as follows:

1.

On April 15, 2016, Andoin Rodquezs Rouse ("Debtor") filed a *second* Voluntary Petition pursuant to 11 U.S.C. Section 1301 et seq., and said case is presently pending before this Court. Debtor filed a prior Chapter 13 case, Case 11-79736-CRM, filed October 13, 2011 and dismissed January 12, 2012 for failure to make plan payments.

2.

Movant has a net claim in this case in the approximate amount of $32,972.93 secured by a 2015 Dodge Charger (the "Collateral").

3.

Debtor's Chapter 13 Plan proposes to pay Movant's secured claim of $32,972.93 at

$29,596.00 at 4.25% interest, with $250.00 monthly pre-confirmation adequate protection payments and $200.00 monthly post-confirmation payments until July 2017, when payments will increase to $664.00.

4.

Movant objects to the treatment of its claim in the proposed plan. Movant's claim amount of $36,278.06 should be paid in full, as the Collateral was purchased on July 16, 2015, which is within 910 days of filing.

5.

Debtor is not providing Movant with an adequate enough risk factor. The prime rate of interest was 3.50% the month this case was filed. Debtor's prior Chapter 13 case was dismissed after less than three (3) months for nonpayment, Debtor having failed to make a single payment to the Trustee. Given Debtor's history of nonpayment in a prior bankruptcy case, *Till* suggests the appropriate risk factor in this case to be prime + 3%, plus an additional point for the additional risk stemming from this history, or 7.50%.

6.

The Collateral is depreciating through use and over time, and the Debtor is not adequately protecting Movant's interest in the Collateral. Debtor is not proposing an appropriate amount in pre-confirmation adequate protection payments in violation of 11 U.S.C. Section 1326(a) (1)(C).

The NADA value of the Collateral depreciated at an average rate of $679.17 per month in the six (6) months prior to the filing date based upon a drop in value between the October 2015 base NADA value of $26,150.00 (the first available NADA value) and the April 2016 base NADA value of $22,075.00. Debtor must protect Movant's interest in the Collateral by increasing monthly payments to $679.17 to match the high depreciation.

Any increase in pre-confirmation adequate protection payments prior to Confirmation needs to be made to have the effect of being retroactive to the filing date to pay Movant the correct amount of adequate protection (i.e. a lump sum amount that will be enough to make up for the difference in adequate protection previously disbursed by the Trustee and what Movant is entitled to).

7.

The specific terms of the proposed plan itself are not proposed in good faith in violation

of 11 U.S.C. §1325(a)(3).

8.

Movant has no proof of full coverage insurance on the Collateral and is therefore not adequately protected.

WHEREFORE, the Movant prays that its Objection to Confirmation of Chapter 13 Plan be inquired into and sustained and that it has such other and further relief as this Court deems just and proper.

This May 10, 2016.

                                       The Law Office of
                                       LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
                                       Attorneys for Movant

                                       By:   /s/Philip L. Rubin
                                            Philip L. Rubin
                                            Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
prubin@lrglaw.com

| 64 | Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Ded** W/out Automatic Trans. | | | 500 | 500 | | | | | |

## DODGE

### 2016 DART-4 Cyl.

Mileage Class: I

| | | | Sedan 4D SE | DFA | 16695 | 3122 |
|---|---|---|---|---|---|---|
| | | | Sedan 4D Aero | DFD | 20495 | 3081 |
| | | | Sedan 4D SXT | DFB | 19000 | 3165 |
| | | | Sedan 4D Rallye | DFB | 19595 | 3165 |
| | | | Sedan 4D Limited | DFC | 23795 | 3215 |
| | | | Sedan 4D GT | DFE | 21995 | 3165 |

Trade-in/Loan  Retail

**Add** Alpine Stereo System
**Add** Aluminum/Alloy Wheels (SE)
**Add** Certified Pre-Owned
**Add** Navigation System (Std.Ltd)
**Add** Power Seat (Std.Limited,GT)
**Add** Power Sunroof (Std.Limited)

Trade-in/Loan  Retail

**Ded** 2.0L Engine (Ex. SE)
**Ded** W/out Air Conditioning
**Ded** W/out Automatic Trans.
**Ded** W/out Cruise Control
**Ded** W/out Power Door Locks

### 2015 DART-4 Cyl.

Mileage Class: I

| Rough | Avg | Clean | Body | Model | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 9725 | 10825 | 11700 | Sedan 4D SE | DFA | 16495 | 3186 | 10550 | 14175 |
| 10950 | 12075 | 12975 | Sedan 4D Aero | DFD | 19995 | 3186 | 11700 | 15500 |
| 11500 | 12625 | 13525 | Sedan 4D SXT | DFB | 18595 | 3186 | 12175 | 16100 |
| 12075 | 13225 | 14150 | Sedan 4D Rallye | DFB | 18990 | 3186 | 12750 | 16750 |
| 13625 | 14800 | 15750 | Sedan 4D Limited | DFC | 22995 | 3242 | 14175 | 18400 |
| 13400 | 14575 | 15525 | Sedan 4D GT | DFE | 20995 | 3186 | 13975 | 18175 |

Trade-in/Loan  Retail

**Add** Alpine Stereo System  300  350
**Add** Aluminum/Alloy Wheels  350  400
  (Std.SXT, Rallye, Limited, GT)
**Add** Certified Pre-Owned
**Add** Navigation System (Std.Ltd)   850
**Add** Power Seat (Std.Limited,GT)  575  650
  275  325

Trade-in/Loan  Retail

**Add** Power Sunroof (Std.Limited)  575  650
**Ded** 2.0L Engine (Ex. SE)  250  250
**Ded** W/out Air Conditioning  750  750
**Ded** W/out Automatic Trans.  675  675
**Ded** W/out Cruise Control  200  200
**Ded** W/out Power Door Locks  175  175

### 2015 CHARGER-V8

Mileage Class: III

| Rough | Avg | Clean | Body | Model | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 17925 | 19550 | 20900 | Sedan 4D Police (V6) | DXA | 31070 | 4039 | | |
| 20825 | 22500 | 23875 | Sedan 4D SE (V6) | DXB | 27995 | 3934 | 18825 | 23475 |
| 20425 | 22100 | 23475 | Sedan 4D SE (AWD, V6) | DXF | 30995 | 4157 | 21500 | 26575 |
| | | | Sedan 4D SXT (V6) | DXH | 29995 | 3966 | 21150 | 26150 |
| | | | Sedan 4D SXT (AWD, V6) | DXJ | 32995 | 4188 | | |
| | | | Sedan 4D Police | DXA | 33300 | 4271 | | |
| 23625 | 25350 | 26775 | Sedan 4D Police (AWD) | DXK | 35800 | N/A | | |
| | | | Sedan 4D R/T | DXC | 32995 | 4264 | 24100 | 29575 |
| | | | Sedan 4D R/T Road & Track | DXC | 35995 | 4264 | | |
| | | | Sedan 4D R/T Scat Pack | DXG | 39995 | 4400 | | |
| | | | Sedan 4D SRT 392 | DXE | 47385 | 4410 | | |
| | | | Sedan 4D SRT Hellcat | DXL | 62295 | 4575 | | |

Trade-in/Loan  Retail

**Add** Rallye Pkg. (SXT)  1600  1800
**Add** Technology Pkg.  1500  1675
**Add** Alum/Alloy Wheels (Police)  450  500
**Add** Beats Audio (Std. Rallye)  425  475
**Add** Certified Pre-Owned  1275

Trade-in/Loan  Retail

**Add** Harman Kardon Stereo (SRT)  900  1000
**Add** Leather Seats  675  750
  (Std. Road & Track, SRT)
**Add** Navigation System  725  825
**Add** Power Sunroof  675  750

### 2015 CHALLENGER-V8-6 Spd./AT

Mileage Class: III

| Rough | Avg | Clean | Body | Model | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 18850 | 20500 | 21850 | Coupe 2D SXT (V6) | DZA | 26995 | 3834 | 19675 | 23775 |
| 21450 | 23150 | 24550 | Coupe 2D SXT Plus (V6) | DZB | 29995 | 3834 | 22100 | 26575 |
| 23800 | 25550 | 26975 | Coupe 2D R/T | DZA | 31495 | 4082 | 24300 | 29075 |
| 25775 | 27550 | 29000 | Coupe 2D R/T Plus | DZB | 34495 | 4082 | 26100 | 31175 |
| 32675 | 34525 | 36050 | Coupe 2D R/T Scat Pack | DZF | 38495 | N/A | 32450 | 38400 |
| | | | Coupe 2D SRT | DZD | 46395 | 4240 | | |
| | | | Coupe 2D SRT Hellcat | DZC | 59995 | 4449 | | |

Trade-in/Loan  Retail

Trade-in/Loan  Retail

OCT 2015 H

| Rough Trade-in | Average Trade-In | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Add Technology Pkg. | | | | | | 63 |
| | | | Add Alpine Stereo System | Add Leather (Std. R/T Plus, SRT) | | | | | |
| | | | (Std. Plus, Scat Pack) | Add Navigation System | | | | | D |
| | | | Add Certified Pre-Owned | Add Power Sunroof | | | | | O |
| | | | | Add Shaker Hood Scoop | | | | | D |
| **2015 DART-4 Cyl.** | | | | | | | **Mileage Class: I** | | G |
| 9050 | 10125 | 10975 | Sedan 4D SE | DFA | 16495 | 3186 | 9900 | 13400 | E |
| 10100 | 11200 | 12075 | Sedan 4D Aero | DFD | 19995 | 3186 | 10875 | 14575 | |
| 10575 | 11675 | 12575 | Sedan 4D SXT | DFB | 18595 | 3186 | 11325 | 15100 | |
| 10650 | 11775 | 12675 | Sedan 4D Rallye | DFB | 18990 | 3186 | 11425 | 15200 | |
| 12700 | 13850 | 14775 | Sedan 4D Limited | DFC | 22995 | 3242 | 13300 | 17375 | |
| 12525 | 13675 | 14600 | Sedan 4D GT | DFE | 20995 | 3186 | 13150 | 17200 | |

| | | Trade-in/Loan | Retail | | | Trade-in/Loan | Retail |
|---|---|---|---|---|---|---|---|
| Add Alpine Stereo System | | 300 | 350 | Add Power Sunroof (Std. Limited) | | 575 | 650 |
| Add Aluminum/Alloy Wheels | | 350 | 400 | Ded 2.0L Engine (Ex. SE) | | 250 | 250 |
| (Std. SXT, Rallye, Limited, GT) | | | | Ded W/out Air Conditioning | | 750 | 750 |
| Add Certified Pre-Owned | | | 800 | Ded W/out Automatic Trans. | | 675 | 675 |
| Add Navigation System (Std. Ltd) | | 575 | 650 | Ded W/out Cruise Control | | 200 | 200 |
| Add Power Seat (Std. Limited, GT) | | 275 | 325 | Ded W/out Power Door Locks | | 175 | 175 |

| Rough | Average | Clean | Body Type | Model # | MSRP | Weight | Loan | Retail |
|---|---|---|---|---|---|---|---|---|
| **2015 CHARGER-V8** | | | | | | | **Mileage Class: III** | |
| 14700 | 16250 | 17525 | Sedan 4D Police (V6) | DXA | 31070 | 4039 | 15775 | 19950 |
| 16150 | 17725 | 19025 | Sedan 4D SE (V6) | DXB | 27995 | 3934 | 17125 | 21525 |
| 19200 | 20850 | 22200 | Sedan 4D SE (AWD, V6) | DXF | 30995 | 4157 | 20000 | 24850 |
| 16625 | 18225 | 19550 | Sedan 4D SXT (V6) | DXH | 29995 | 3966 | 17600 | 22075 |
| 22950 | 24675 | 26100 | Sedan 4D SXT (AWD, V6) | DXJ | 32995 | 4188 | 23500 | 28875 |
| 20025 | 21700 | 23075 | Sedan 4D Police | DXA | 33300 | 4271 | 20775 | 25750 |
| 21200 | 22900 | 24300 | Sedan 4D Police (AWD) | DXK | 35800 | N/A | 21875 | 27025 |
| 22225 | 23925 | 25325 | Sedan 4D R/T | DXC | 32995 | 4264 | 22800 | 28075 |
| 25025 | 26775 | 28225 | Sedan 4D R/T Road & Track | DXC | 35995 | 4264 | 25425 | 31075 |
| 32725 | 34575 | 36100 | Sedan 4D R/T Scat Pack | DXG | 39995 | 4400 | 32500 | 39150 |
| 40025 | 41950 | 43525 | Sedan 4D SRT 392 | DXE | 47385 | 4410 | 39175 | 46750 |
| 57925 | 60000 | 61700 | Sedan 4D SRT Hellcat | DXL | 62295 | 4575 | 55550 | 66225 |

| | Trade-in/Loan | Retail | | Trade-in/Loan | Retail |
|---|---|---|---|---|---|
| Add Rallye Pkg. (SXT) | 1600 | 1800 | Add Harman Kardon Stereo (SRT) | 900 | 1000 |
| Add Technology Pkg. | 1500 | 1675 | Add Leather Seats | 675 | 750 |
| Add Alum/Alloy Wheels (Police) | 450 | 500 | (Std. Road & Track, SRT) | | |
| Add Beats Audio (Std. Rallye) | 425 | 475 | Add Navigation System | 725 | 825 |
| Add Certified Pre-Owned | | 1450 | Add Power Sunroof | 675 | 750 |

| Rough | Average | Clean | Body Type | Model # | MSRP | Weight | Loan | Retail |
|---|---|---|---|---|---|---|---|---|
| **2015 CHALLENGER-V8-6 Spd./AT** | | | | | | | **Mileage Class: III** | |
| 17575 | 19200 | 20525 | Coupe 2D SXT (V6) | DZA | 26995 | 3834 | 18475 | 22200 |
| 20725 | 22400 | 23775 | Coupe 2D SXT Plus (V6) | DZB | 29995 | 3834 | 21400 | 25575 |
| 22375 | 24100 | 25500 | Coupe 2D R/T | DZA | 31495 | 4082 | 22950 | 27350 |
| 25450 | 27200 | 28650 | Coupe 2D R/T Plus | DZB | 34495 | 4082 | 25800 | 30600 |
| 30950 | 32800 | 34300 | Coupe 2D R/T Scat Pack | DZF | 38495 | N/A | 30875 | 36625 |
| 36000 | 37900 | 39450 | Coupe 2D SRT 392 | DZD | 46395 | 4240 | 35525 | 43575 |
| 54625 | 56650 | 58325 | Coupe 2D SRT Hellcat | DZC | 59995 | 4449 | 52500 | 62800 |

| | Trade-in/Loan | Retail | | Trade-in/Loan | Retail |
|---|---|---|---|---|---|
| Add Super Track Pkg. (Ex. SRT) | 500 | 575 | Add Leather (Std. Plus, SRT) | 675 | 750 |
| Add Technology Pkg. | 250 | 300 | Add Navigation System | 725 | 825 |
| Add Alpine Stereo (Std. Plus) | 425 | 475 | Add Power Sunroof | 675 | 750 |
| Add Certified Pre-Owned | | 1575 | Add Shaker Hood Scoop | 3250 | 3625 |
| Add Harman Kardon (Std. SRT) | 950 | 1075 | | | |

APR 2016 H

| Rough | Average | Clean | Body Type | Model # | MSRP | Weight | Loan | Retail |
|---|---|---|---|---|---|---|---|---|
| **2014 DART-4 Cyl.** | | | | | | | **Mileage Class: I** | |
| 7550 | 8575 | 9400 | Sedan 4D SE | DFA | 15995 | 3186 | 8475 | 11725 |
| 8375 | 9425 | 10275 | Sedan 4D Aero | DFD | 19995 | 3191 | 9250 | 12650 |
| 9225 | 10300 | 11175 | Sedan 4D SXT | DFB | 18495 | 3297 | 10075 | 13600 |
| 9575 | 10650 | 11525 | Sedan 4D Rallye | DFB | 18990 | 3297 | 10375 | 13975 |
| 11150 | 12275 | 13175 | Sedan 4D Limited | DFC | 22995 | 3348 | 11875 | 15725 |
| 11075 | 12200 | 13100 | Sedan 4D GT | DFE | 20995 | 3297 | 11800 | 15650 |

Trade-in/Loan  Retail                                Trade-in/Loan  Retail

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| | : |
| ANDOIN RODQUEZS ROUSE | : CASE NO. 16-56653-MGD |
| | : |
| Debtor. | : |
| | : |
| EXETER FINANCE CORP., | : |
| | : |
| Movant, | : |
| | : |
| v. | : CONTESTED MATTER |
| | : |
| ANDOIN RODQUEZS ROUSE, Debtor; and MARY IDA TOWNSON, Trustee, | : |
| | : |
| Respondents. | : |

**CERTIFICATE OF SERVICE**

The undersigned, Philip L. Rubin, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served a copy of the OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN on the following by depositing same in the United States Mail in properly addressed envelopes with adequate postage to:

Andoin Rodquezs Rouse
1049 Deckner Avenue
Atlanta, GA 30310

Carson R. Walden
Suite 757
315 W. Ponce de Leon Avenue
Decatur, GA 30033

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street NE
Suite 2200
Atlanta, GA 30303

    This May 10, 2016.

                         The Law Office of
                         LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
                         Attorneys for Movant


                         By:   /s/Philip L. Rubin
                              Philip L. Rubin
                              Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
prubin@lrglaw.com