**IT IS ORDERED as set forth below:**



**Date: May 31, 2016**

_____

**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In re:**<br>**ANDOIN RODQUEZS ROUSE,**<br>　　　　　Debtor. | Case No. 16-56653-MGD<br>Contested Matter<br>Chapter 13 |
| **ANDOIN RODQUEZS ROUSE,**<br>　　　　　Movant;<br>　　　v.<br>**RESOLUTION FINANCIAL CORP. AAO ASSOCIATED RECEIVABLES INC. AAO SKW CAPITAL LLC AAO TURTLE CREEK ASSETS, LTD AAO AARONS INC.,**<br>　　　　　Respondent. | |

### ORDER

Before the Court is Debtor's Motion to Avoid Judicial Lien ("Motion") filed on April 29, 2016 (ECF No. 14) pursuant to 11 U.S.C. § 522(f) and Federal Rule of Bankruptcy Procedure 4003(d) regarding a judicial lien held by Respondent. Respondent has not filed a response; thus, the Motion is deemed unopposed. *See* BLR 6008-2. Accordingly, it is

**ORDERED** that the judicial lien held by Respondent upon property of Debtor is **AVOIDED** to the extent that such lien impairs an exemption to which Debtor would have been entitled pursuant to 11 U.S.C. § 522(b).

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for Debtor, Respondent, counsel for Respondent, and the Chapter 13 Trustee.

**END OF DOCUMENT**

1

United States Bankruptcy Court
Northern District of Georgia

In re:
Andoin Rodquezs Rouse
    Debtor

Case No. 16-56653-mgd
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113E-9      User: simpsonk      Page 1 of 1      Date Rcvd: Jun 01, 2016
                      Form ID: pdf400    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2016.
db        +Andoin Rodquezs Rouse,    1049 Deckner Avenue,    Atlanta, GA 30310-4128
          +Resolution Financial Corp AAO,    Attn: Sherwin P. Robin,,    Registered Agent,
           570 E York Street,    Savannah, GA 31401-3545
          +Resolution Financial Corp AAO,    Attn: David A. Hershkowitz,,    Chief Executive Officer,
           536 B Grand Slam Drive,    Evans, GA 30809-8045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
          +E-mail/Text: saragrobin@gmail.com Jun 01 2016 21:53:22     Sara G Robin,   PO Box 9541,
           Savannah, GA 31412-9541
                                                                                                                    TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2016 at the address(es) listed below:
          Carson R. Walden    on behalf of Debtor Andoin Rodquezs Rouse cwalden@wghnlaw.com,
           bknotices@wghnlaw.com
          Mary Ida Townson    courtdailysummary@atlch13tt.com
          Philip L. Rubin    on behalf of Creditor    Exeter Finance Corp. prubin@lrglaw.com
                                                                                                                            TOTAL: 3